Kenneth BOZEMAN, Petitioner—
Appellant,

v.

KERSHAW CORRECTIONAL INSTI-
TUTION; Henry McMaster, Attorney
General for the State of South Car-
olina, Respondents—Appellees.

No. 06–6490.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 31, 2006.

Decided: Sept. 6, 2006.

Kenneth Bozeman, Appellant Pro Se.
Donald John Zelenka, Chief Deputy Attor-
ney General, William Edgar Salter, III,
Office of the Attorney General of South
Carolina, Columbia, South Carolina, for
Appellees.

Before MICHAEL, MOTZ, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Kenneth Bozeman seeks to appeal the
district court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his 28 U.S.C. § 2254
(2000) petition. The order is not appeal-
able unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2000).
A prisoner satisfies this standard by dem-
onstrating that reasonable jurists would
find that any assessment of the constitu-
tional claims by the district court is debat-
able or wrong and that any dispositive
procedural ruling by the district court is
likewise debatable. *Miller–El v. Cockrell,*
537 U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003); *Slack v. McDaniel,*
529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683–84 (4th Cir.2001). We have inde-
pendently reviewed the record and con-
clude that Bozeman has not made the req-
uisite showing. Accordingly, we deny a
certificate of appealability and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*